## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF NEW YORK



_____

**Hilda Hutchinson,**
      Plaintiff,

v.

Case No. _____

**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**

         Defendant,

_____

## COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF, AND DAMAGES

## (Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.)

## I. INTRODUCTION

1. This is a civil action seeking injunctive relief, declaratory relief, and damages for violations of the **Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.**, and related New York consumer protection laws.
2. Defendant, **NewRez LLC d/b/a Shellpoint Mortgage Servicing**, has repeatedly attempted to collect a mortgage debt from Plaintiff relating to a property Plaintiff never owned **384 Legion Avenue, Brooklyn, NY 11212 (Block 3594, Lot 6)** despite multiple written disputes and cease-and-desist notices.
3. Defendant's conduct constitutes harassment, misrepresentation, and continued collection activity in violation of federal and state law.
4. On or about **July 31, 2018**, the **Supreme Court of the State of New York, Kings County**, entered a **Final Order and Judgment Quieting Title** in favor of Plaintiff, confirming that Plaintiff holds **clear title to 377 East 98th**

REC'D IN PRO SE OFFICE
NOV 5 '25 AM 10:24

**Street, Brooklyn, NY 11212**, and that no other party has any valid lien or mortgage interest in that property.

5. Despite that judgment, Defendant continues to assert collection rights or enforcement actions concerning a **different property 384 Legion Avenue which Plaintiff has never owned, occupied, or been financially obligated for.** Defendant's false and continued communications constitute unlawful debt collection activity under federal and state law.

## II. JURISDICTION AND VENUE

6. This Court has **federal question jurisdiction** under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

7. Venue is proper in this District under 28 U.S.C. § 1391(b) because the acts and practices complained of occurred in this District, and Defendant transacts business here.

## III. PARTIES

8. **Plaintiff Hilda Hutchinson** is a natural person residing at 377 E 98th St Brooklyn NY 11212.

9. **Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing** is a Delaware limited liability company authorized to do business in New York, with a principal business address of 75 Beattie Place, Suite 300, Greenville, South Carolina 29601, and a registered agent for service of process at **CT Corporation System, 28 Liberty Street, New York, NY 10005.**

## IV. FACTUAL ALLEGATIONS

10. Plaintiff has **never owned or held any interest** in the property located at **384 Legion Avenue, Brooklyn, NY 11212 Block 3594 Lot 6**, nor executed any mortgage or loan related to that property.

11. On or about early 2025, Plaintiff began receiving correspondence from Defendant asserting that Plaintiff owed a mortgage debt connected to the above-referenced property.

12. Between **February 2025 and April 2025**, Plaintiff sent **three written cease-and-desist notices and debt validation requests** to Defendant, disputing the alleged debt pursuant to 15 U.S.C. § 1692c(c) and § 1692g(b).

13. On or about **May 28, 2025**, Defendant issued a letter to Plaintiff (and filed a response with the CFPB) enclosing a **Note and Mortgage Assignment** purporting to verify the debt. The documents concerned the Brooklyn property that Plaintiff never owned or agreed to finance.

14. Defendant is fully aware of the prior 2018 Quiet Title Judgment and the 2021 Bankruptcy Discharge but continues unlawful collection efforts.

15. Despite Plaintiff's repeated notices, Defendant continued to send correspondence regarding the alleged debt, causing Plaintiff distress, confusion, and fear of potential wrongful collection or foreclosure.

16. Plaintiff has incurred emotional distress, anxiety, time lost, and reputational harm due to Defendant's repeated and willful actions.

Plaintiff re-alleges and incorporates by reference all prior paragraphs.

17. Defendant violated the FDCPA by:

- Falsely representing the character, amount, or legal status of a debt (§ 1692e(2)(A));
- Engaging in conduct that harassed or oppressed Plaintiff (§ 1692d);
- Continuing to communicate after receiving written cease-and-desist notices (§ 1692c(c)); and
- Failing to verify the alleged debt before continuing collection (§ 1692g(b)).
- Defendant's conduct was intentional, reckless, and in willful disregard of Plaintiff's rights.
- Plaintiff has suffered emotional distress, anxiety, lost time, and reputational harm due to Defendant's repeated and willful actions.

## V. CLAIMS FOR RELIEF

## COUNT I – Violation of the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.)

Plaintiff re-alleges all prior paragraphs.

18. Defendant violated the FDCPA by:

- Falsely representing the character, amount, or legal status of a debt (§ 1692e(2)(A));
- Engaging in conduct that harassed or oppressed Plaintiff (§ 1692d);
- Continuing to communicate after receiving written cease-and-desist notices (§ 1692c(c)); and
- Failing to verify the alleged debt before continuing collection (§ 1692g(b)).

19. Defendant's conduct was intentional, reckless, and in willful disregard of Plaintiff's rights.

## COUNT II – Declaratory and Injunctive Relief

20. An actual controversy exists as to whether Defendant has any enforceable mortgage interest or collection rights concerning 384 Legion Avenue.

21. Plaintiff seeks a **declaratory judgment** that Defendant has **no lawful interest or claim** against Plaintiff or her property at 377 East 98th Street.

22. Plaintiff further seeks a **permanent injunction** restraining Defendant, its agents, or assigns from:

- Communicating with Plaintiff about the alleged debt;
- Reporting the alleged debt to any credit bureau;
- Pursuing any collection, foreclosure, or enforcement action regarding 384 Legion Avenue or Plaintiff's property at 377 East 98th Street.

### VI. ENFORCEMENT OF PRIOR JUDGMENTS

23. Plaintiff seeks enforcement of:

- The 2018 Quiet Title Judgment (Exhibit A);
- The 2021 Bankruptcy Discharge (Exhibit A1);
- An injunction against post-discharge misconduct by Defendant pursuant to CPLR 5015(a)(3).

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Issue a **permanent injunction** prohibiting Defendant from further collection efforts, communications, or legal actions concerning the alleged mortgage debt;

2. Declare that Defendant has **no valid debt or security interest** against Plaintiff;

3. Issue a **permanent injunction** prohibiting Defendant from contacting Plaintiff or pursuing collection, foreclosure, or enforcement actions relating to 384 Legion Avenue or Plaintiff's property located at 377 E 98th St Brooklyn NY 11212

4. Defendant's continued assertion of rights under a mortgage previously extinguished by a 2018 quiet title judgment constitutes an unlawful attempt to collect a non-existent debt and warrants injunctive and declaratory relief

5. Enforce the prior judgments and bankruptcy discharge;

6. Award statutory damages of up to $1,000 under the FDCPA;

7. Award actual damages for emotional distress and inconvenience;

8. Award costs and reasonable attorneys' fees under 15 U.S.C. § 1692k and New York General Business Law § 349;

9. Grant such other relief as the Court deems just and proper.

JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: November 5, 2025

Respectfully submitted,

Hilda Hutchinson

Pro Se

377 E 98th St

Brooklyn NY 11212

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

_____

**Hilda Hutchinson,**
       Plaintiff,


v.                                                                      Case No. _____



**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**


          Defendant,

_____

AFFIRMATION/DECLARATION OF HILDA HUTCHINSON IN SUPPORT OF
COMPLAINT AND MOTION FOR INJUNCTIVE RELIEF

I, HILDA HUTCHINSON, pursuant to 28 U.S.C. § 1746, declare under penalty of
perjury under the laws of the United States of America that the following is true
and correct to the best of my knowledge, information, and belief:

1. I am the Plaintiff in this action and a resident of 377 E 98TH ST Brooklyn
   NY 11212. I submit this declaration in support of my Complaint against
   Defendant, **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
   ("Shellpoint"), and my request for injunctive and declaratory relief.

2. I have never owned, occupied, or had any financial obligation with respect to the
property located at **384 Legion Avenue, Brooklyn, NY 11212 (Block 3594, Lot
6)**. Despite this, Shellpoint has repeatedly attempted to collect a mortgage debt
associated with this property. As evidenced in Exhibit E, the title report for 384
Legion Avenue confirms that Plaintiff has never held any ownership interest in the
property.

3. On or about **July 31, 2018**, the **Supreme Court of the State of New York,
Kings County**, entered a **Final Order and Judgment Quieting Title** in my favor,

confirming that Deron Hutchinson and I hold **clear title to 377 East 98th Street, Brooklyn, NY 11212**, and that no other party has any valid lien, mortgage, or other interest in that property. (See **Exhibit A**, attached hereto.)

4.Despite multiple written disputes and the filing of **cease-and-desist notices** with Shellpoint, Defendant has continued to engage in collection activity and communication regarding the debt associated with 384 Legion Avenue, including written correspondence received on or about May 28, 2025. (See **Exhibit B**, attached hereto.)

4.Shellpoint's actions constitute **harassment, misrepresentation, and unlawful debt collection practices** in violation of the **Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.**, and related New York consumer protection laws.

5.I have suffered and continue to suffer **irreparable harm**, including emotional distress, potential harm to my credit, and invasion of my privacy, as a direct result of Shellpoint's continued collection efforts related to a property I do not own.

6.I have no adequate remedy at law to prevent this continuing harm, and immediate injunctive relief is necessary to prevent further harassment and unlawful collection activity.

7.I respectfully request that the Court issue a **temporary restraining order and/or preliminary injunction**, as well as a **permanent injunction**, prohibiting Shellpoint, its agents, employees, or assigns from:

a. Communicating with me regarding any alleged debt associated with **384 Legion Avenue, Brooklyn, NY 11212**;
b. Reporting any such debt to credit reporting agencies;
c. Pursuing any collection, foreclosure, or enforcement action relating to **384 Legion Avenue, Brooklyn, NY 11212**, or against my property located at **377 East 98th Street, Brooklyn, NY 11212**.

8.I declare that all facts set forth herein are true and correct to the best of my knowledge and that this declaration is made under penalty of perjury pursuant to the laws of the United States of America.

9.On or about July 2, 2025, I received correspondence from Defendant Shellpoint stating that my 2018 quiet title judgment for 377 East 98th Street, Brooklyn, NY 11212, was not associated with the subject mortgage and that my loan was

allegedly tied to **384 Legion Avenue**, which they claimed had been "redesigned" as **377 East 98th Street."**

10. Upon verification, the **Brooklyn Borough Office confirmed that 377 East 98th Street was never known as 384 Legion Avenue**, and I have never owned, occupied, or had any financial obligation relating to 384 Legion Avenue.

11. Defendant's representation is therefore false, misleading, and constitutes harassment and attempted collection of a debt from an unrelated party, in violation of the FDCPA and New York consumer protection laws

**Executed on:** November 5, 2025
**At:** Brooklyn NY

**Signature:** _____
                           Hilda Hutchinson

**Exhibits**

- **Exhibit A:** 2018 Quiet Title Judgment for 377 East 98th Street, Brooklyn, NY 11212
- **Exhibit A1** September 7, 2021 US BANRUPTCY ORDER
- **Exhibit B:** May 28, 2025 letter from Shellpoint,
- **Exhibit B1** my cease-and desist notices and letters
- **Exhibit C**: July 2, 2025 letter from Shellpoint with Note & Mortgage
- **Exhibit D:** Letter  from the Brooklyn Borough Office confirming the two addresses are not related
- **Exhibit E:** Title Report for 384 Legion Avenue, showing legal owner is not Plaintiff Hilda Hutchinson

Exhibit A

Print Request ID 2024101800000306 - 0001

# CERTIFIED COPY

**CITY OF NEW YORK**

**DEPARTMENT OF FINANCE**

**OFFICE OF THE CITY REGISTER, BROOKLYN / KINGS COUNTY**

The document attached hereto,

CRFN 2019000321349, COURT ORDER. recorded on
10-03-2019 15:16, page(s) 1 - 3

is a true and correct copy of the original document recorded in the Office of
the City Register of New York on as attested by the City Register on
10-18-2024 13:44

Colette McCain-Jacques
City Register

**NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2019100100017001005E2A4C

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 3 |
|---|---|

| Document ID: 2019100100017001 | Document Date: 07-31-2018 | Preparation Date: 10-03-2019 |
|---|---|---|
| Document Type: COURT ORDER | | |
| Document Page Count: 2 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| HILDA HUTCHINSON<br>377 EAST 98TH ST<br>BROOKLYN, NY 11212<br>929-206-7509<br>DESTINYE98@GMAIL.COM | HILDA HUTCHINSON<br>377 EAST 98TH ST<br>BROOKLYN, NY 11212<br>929-206-7509<br>DESTINYE98@GMAIL.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3594 | 5 | Entire Lot | 377 EAST 98TH ST |

Property Type: COMMERCIAL REAL ESTATE

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____ Year_____ Reel____ Page_____ or File Number_____

**PARTIES**

| PARTY 1/GRANTOR: | PARTY 2/GRANTEE: |
|---|---|
| DERON HUTCHINSON<br>377 EAST 98TH ST<br>BROOKLYN, NY 11212 | HILDA HUTCHINSON<br>377 EAST 98TH ST<br>BROOKLYN, NY 11212 |

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed 10-03-2019 15:16
City Register File No.(CRFN):
**2019000321349**

*Annette M Hill*

*City Register Official Signature*

No. 4414095

## Certification

**STATE OF NEW YORK, COUNTY OF KINGS, SS:**

I, Nancy T. Sunshine, County Clerk and Clerk of Supreme Court Kings County,

do hereby certify that on September 30, 2019 I have compared

the document attached hereto,

index# 505953/2018, filed 8/10/2018, page(s) 1

with the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

*Nancy T. Sunshine*

NANCY T. SUNSHINE
KINGS COUNTY CLERK

[FILED: KINGS COUNTY CLERK 08/06/2018]

NYSCEF DOC. NO. 16

RECEIVED NYSCEF: 08/10/2018

KINGS COUNTY CLERK
FILED
2018 AUG -6 AM 7:53

P R E S E N T :

Hon. _____ Knipel

Justice

At an I.A.S. Trial Term, Part of the Supreme
Court of the State of New York, held in and for the
County of Kings, at the Courthouse, located at
Civic Center, Borough of Brooklyn, City and State
of New York, on the 31 day of July 20 18

Deron Hutchinson & Deron
Hutchinson, As P.O.A of
Hilda Hutchinson

Plaintiff(s)

-against-

US Bank National Association
Trustee, et al

Defendant(s)

Cal. No. 20

Index No. 505953/2018

| The following papers numbered 1 to    read on this motion | Papers Numbered |
|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed | 1 |
| Answering Affidavit (Affirmation) | |
| Reply Affidavit (Affirmation) | |
| Affidavit (Affirmation) | |
| Pleadings - Exhibits | |
| Stipulations - Minutes | |
| Filed Papers | |

Granted in its entirety
On Default Judgment. For Judgment
declaring that Defendants and each of them have
No enforceable interest, expense, or implied in the
Premises 377 E 98th St Brklyn NY 11212 Block 3594 Lot 5
For Judgment Quieting title in Premises 377 E 98th St
Brklyn NY 11212 Block 3594 Lot 5 and all of Plaintiff
stated in complaint and notice of Motion are
request. granted in its entirety.

For Clerks use only

MG √
MD ___
Motion Seq. # ___

ENTER

J.S.C.

HON. LAWRENCE KNIPEL

EJV-rev 11-04

FILED: KINGS COUNTY CLERK 06/29/2018 03:00 PM
NYSCEF DOC. NO. 9

INDEX NO. 505953/2018
RECEIVED NYSCEF: 06/29/2018

SUPREME COURT OF THE STATE OF NEW YORK
KINGS COUNTY
-----------------------------------------------------------------------X
DERON HUTCHINSON AND DERON HUTCHINSON
AS POWER OF ATTORNEY OF HILDA HUTCHINSON

INDEX NO. 505953/2018

Plaintiffs,

NOTICE OF MOTION
-against-                                                      FOR DEFAULT

US BANK NATIONAL ASSOCIATION TRUSTEE,
BNY MORTGAGE COMPANY LLC, "JOHN DOE # 1" through
"JOHN DOE # 10" the Last ten names being fictitious and
Unknown to the plaintiff, the person or parties, if any having
Or claiming an interest in or lien upon the premises described
In the complaint
                              Defendants.
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Affidavit of Deron Hutchinson dated 29th day of June 2018, together with the exhibits annexed thereto, and upon the pleadings and proceedings heretofore had herein, the plaintiff will move before this Court, at 9:30 a.m. or soon thereafter as Plaintiff can be heard, on the 13th day of July, 2018 at the Courthouse, 360 Adams Street, Brooklyn, New York 11201 for a default judgment against Defendants Pursuant to CPLR 3215, entering default judgment against Defendants US BANK NATIONAL ASSOCIATION TRUSTEE, BNY MORTGAGE COMPANY LLC, and "JOHN DOE # 1" through "JOHN DOE # 10" the Last ten names being fictitious and Unknown to the plaintiff, the person or parties, if any having Or claiming an interest in or lien upon the premises described in the complaint, for the relief demanded in the complaint, on the grounds that said Defendants failed to appear or answer in this action, together with such other and further relief as to the Court may seem just and proper.

FILED: KINGS COUNTY CLERK 06/29/2018 03:00 PM
NYSCEF DOC. NO. 9

INDEX NO. 505953/2018
RECEIVED NYSCEF: 06/29/2018

PLEASE TAKE FUTHER NOTICE, that pursuant to CPLR 2214 (b) answering affidavits, if any are required to be served upon plaintiff the undersigned at least seven (7) days before the return date of this motion.

DATED: Brooklyn, New York

June 28th, 2018

Respectfully submitted,

Deron Hutchinson And Deron Hutchinson as Power of Attorney of Hilda Hutchinson

Case 1:25-cv-06166-OEM-VMS    Document 1    Filed 11/05/25    Page 16 of 60 PageID #: 16

SUPREME COURT OF THE STATE OF NEW YORK
KINGS COUNTY
--------------------------------------------------------------X
DERON HUTCHINSON AND DERON HUTCHINSON
AS POWER OF ATTORNEY OF HILDA HUTCHINSON

INDEX NO. 505953/2018

Plaintiffs,

AFFIDAVIT IN SUPPORT

-against-

US BANK NATIONAL ASSOCIATION TRUSTEE,
BNY MORTGAGE COMPANY LLC, "JOHN DOE # 1" through
"JOHN DOE # 10" the Last ten names being fictitious and
Unknown to the plaintiff, the person or parties, if any having
Or claiming an interest in or lien upon the premises described
In the complaint

Defendants.
--------------------------------------------------------------X

State of New York ) County of Kings ) ss.:

I am Deron Hutchinson plaintiff pro se, who being duly sworn, deposes
and states under the penalties of perjury as follows:

1.      I make this Affidavit in Support of Plaintiff's request for an Order:

a.      Pursuant to CPLR 3215, entering default judgment against
Defendants US BANK NATIONAL ASSOCIATION TRUSTEE, BNY
MORTGAGE COMPANY LLC, and "JOHN DOE # 1" through
"JOHN DOE # 10" the Last ten names being fictitious and Unknown to the
plaintiff, the person or parties, if any having Or claiming an interest in or lien upon
the premises described in the complaint, for the relief demanded in the complaint,
on the grounds that said Defendants failed to appear or answer in this action,

B.      Together with such other and further relief as to the Court may seem just and
proper.

FILED: KINGS COUNTY CLERK 06/29/2018 03:00 PM
NYSCEF DOC. NO. 10

INDEX NO. 505953/2018
RECEIVED NYSCEF: 06/29/2018

# BACKGROUND

2.     This is an action is brought pursuant to Article 15 of the Real Property Actions and Proceedings Law of the State of New York to compel a determination of a claim to real property 377 East 98th Street Brooklyn, New York 11212 with tax map of Kings County as Block 3594 Lot 5, and

3.     To quiet title against the claims of defendants and each of them, the claim of defendants and each of them are without merit and defendants have no right title or interest whatsoever in the premises 377 East 98th Street Brooklyn, New York 11212 with tax map of Kings County as Block 3594 Lot 5 or any part thereof, and

4.     Plaintiff seeks to quiet title in the premises 377 East 98th Street Brooklyn, New York 11212 with tax map of Kings County as Block 3594 Lot 5 in the names Hilda Hutchinson and Deron Hutchinson free and clear of any claimed interest of the defendants and each of them and seeks to so quiet title as of the date of the commencement of this action

5.     On or about March 26, 2018 Plaintiff Commenced this action against Defendants by purchasing an index number and filing a Summons and Verified Complaint to NYSCEF DOC # 1.  Summons and Verified Complaint and Confirmation Notice are collectively attached hereto as Exhibit "1".

## PLAINTIFF IS ENTITLED TO A DEFAULT JUDGMENT PURSUANT TO CPLR 3215

6.     As the annexed affidavit demonstrates, US BANK NATIONAL ASSOCIATION TRUSTEE,  BNY MORTGAGE COMPANY LLC, and "JOHN DOE # 1" through "JOHN DOE # 10" were served with the Summons, Verified Complaint, Exhibits, and Notice of Commencement of Action Subject to Mandatory Electronic Filing. Copies of the Affidavits of Service were

FILED: KINGS COUNTY CLERK 06/29/2018 03:00 PM   INDEX NO. 505953/2018
NYSCEF DOC. NO. 10   RECEIVED NYSCEF: 06/29/2018

electronically filed on April 2, 2018, April 22, 2018, and May 10, 2018 and are annexed hereto as Exhibit "2".

7.    To date, Defendants have not answered or made a motion raising an objection to the Verified Complaint and the time to so answer or move has never been extended and has expired.

8.    Defendant's failure to appear in this action entitles plaintiff to judgment on default pursuant to CPLR 3215.

9.    CPLR 3215 (a) states, "When a defendant has failed to appear, plead, or proceed to trial of an action reached and called for trial…. The plaintiff may seek a default judgment against him."

WHEREFORE, Plaintiff respectfully request that the motion be granted in its entirety and together with such other and further relief as to the Court may seem just and proper.

Deron Hutchinson

Sworn to before me this 29th day
of ____June____ 2018
_____
Notary Public

STEVEN LIEBERMAN
Notary Public - State of New York
No. 5007366
Qualified in Nassau County
Certified in Kings County
My Commission Expires___11/21/2019

FILED: KINGS COUNTY CLERK 08/14/2018 12:33 PM
NYSCEF DOC. NO. 17

INDEX NO. 505953/2018
RECEIVED NYSCEF: 08/14/2018

SUPREME COURT OF THE STATE OF NEW YORK
KINGS COUNTY
-------------------------------------------------------------------X
DERON HUTCHINSON AND DERON HUTCHINSON
AS POWER OF ATTORNEY OF HILDA HUTCHINSON

INDEX NO. 505953/2018

Plaintiffs,

NOTICE OF ENTRY

-against-

US BANK NATIONAL ASSOCIATION TRUSTEE,
BNY MORTGAGE COMPANY LLC, "JOHN DOE # 1" through
"JOHN DOE # 10" the Last ten names being fictitious and
Unknown to the plaintiff, the person or parties, if any having
Or claiming an interest in or lien upon the premises described
In the complaint

Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the within is a true copy of an Order of the

Hon. Lawrence Knipel J.S.C. dated July 31, 2018 and entered in the Office

of the Clerk of the Supreme Court of Kings County, on August _6_, 2018. and/or

August 10, 2018

Dated:    Brooklyn, New York

August _14th_, 2018

Yours, etc.

_____
Deron Hutchinson And Deron
Hutchinson as Power of
Attorney of Hilda Hutchinson

To: US BANK NATIONAL ASSOCIATION
TRUSTEE
4875 BELFORT ROAD
JACKSONVILLE, FL 32256

FILED: KINGS COUNTY CLERK 08/14/2018 12:33 PM
NYSCEF DOC. NO. 17

INDEX NO. 505953/2018
RECEIVED NYSCEF: 08/14/2018

To: U.S. BANK
OFFICER MANAGING OR GENERAL AGENT
800 NICOLLET MALL 21 ST FLOOR
MINNEAPOLIS, MINNESOTA 55402

TO: BNY MORTGAGE COMPANY LLC
EVERBANK REVERSE MORTGAGE LLC
CT COROATION SYSTEM
111 8TH AVE
NEW YORK, NEW YORK 10011

JOHN DOE # 1 THROUGH JOHN DOE # 10
377 East 98th Street
Brooklyn, NY 11212

FILED: KINGS COUNTY CLERK 08/06/2018
FILED: KINGS COUNTY CLERK 08/14/2018 12:33 PM
NYSCEF DOC. NO. 19
NYSCEF DOC. NO. 17

INDEX NO. 505953/2018
INDEX NO. 505953/2018
RECEIVED NYSCEF: 08/10/2018
RECEIVED NYSCEF: 08/14/2018

FILED
2018 AUG -6 AM 7:53

At an I.A.S. Trial Term, Part of the Supreme
Court of the State of New York, held in and for the
County of Kings, at the Courthouse, located at
Civic Center, Borough of Brooklyn, City and State
of New York, on the 31 day of July 20 18

PRESENT:

Hon. _____ Knipel
          Justice

Deren Hutchinson & Deren
Hutchinson as P.O.A et
Hilda Hutchinson
                    -against-
US Bank National Association
Trustee, et al

Cal. No. 20
Index No. 505953/2018

Plaintiff(s)

Defendant(s)

| The following papers numbered 1 to    read on this motion | Papers Numbered |
|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed | 1 |
| Answering Affidavit (Affirmation) | |
| Reply Affidavit (Affirmation) | |
| Affidavit (Affirmation) | |
| Pleadings - Exhibits | |
| Stipulations - Minutes | |
| Filed Papers | |

Granted in its entirety,
on Default Judgment, For Judgment
declaring that Defendants and each of them have
No enforceable interest, expense, or implied in the
Premises 377 E 98th St Bklyn NY 11212 Block 3594 Lot 5
For Judgment quieting title in Premises 377E 98 St
Bklyn NY 11212 Block 3594 Lot 5 and all of Plaintiff
stated in complaint and Notice of Motion are
requested Granted in its entirety

For Clerks use only

MG √
MD ___
Motion Seq. #

    1

E N T E R

J.S.C.

HON. LAWRENCE KNIPEL

EJV-rev 11-04

FILED: KINGS COUNTY CLERK 08/14/2018 12:33 PM

NYSCEF DOC. NO. 18

INDEX NO. 505953/2018

RECEIVED NYSCEF: 08/14/2018

SUPREME COURT OF THE STATE OF NEW YORK
KINGS COUNTY
-------------------------------------------------------------X
DERON HUTCHINSON AND DERON HUTCHINSON
AS POWER OF ATTORNEY OF HILDA HUTCHINSON

INDEX NO. 505953/2018

Plaintiffs,

AFFIDAVIT OF SERVICE

-against-

US BANK NATIONAL ASSOCIATION TRUSTEE,
BNY MORTGAGE COMPANY LLC, "JOHN DOE # 1" through
"JOHN DOE # 10" the Last ten names being fictitious and
Unknown to the plaintiff, the person or parties, if any having
Or claiming an interest in or lien upon the premises described
In the complaint

Defendants.
-------------------------------------------------------------X

State of New York ) County of (Queens) ss.:

Avril Anthony                                    , being duly
sworn, deposes and says that:

1.  The deponent is not a party to the action, is 18 years of age or older, and
    resides at:

    10741 Supthin Blvd
    Jamaica NY 11435

2. On the  13  day of  August    , 2018, the deponent served

the following described paper upon the person or persons listed in paragraph 5

hereof:

**NOTICE OF ENTRY AND ORDER**

3. The number of copies served on each of said persons was one.

4. The method of service on each of said persons was:

FILED: KINGS COUNTY CLERK 08/14/2018 12:33 PM
NYSCEF DOC. NO. 18

INDEX NO. 505953/2018
RECEIVED NYSCEF: 08/14/2018

By mailing the paper to the person at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York pursuant to CPLR 2103(b)(2).

5. The name of the person or names of the persons served and the address or addresses at which service was made are as follows:

To: US BANK NATIONAL ASSOCIATION TRUSTEE
4875 BELFORT ROAD
JACKSONVILLE, FL 32256

To: U.S. BANK
OFFICER MANAGING OR GENERAL AGENT
800 NICOLLET MALL 21 ST FLOOR
MINNEAPOLIS, MINNESOTA 55402

TO: BNY MORTGAGE COMPANY LLC
EVERBANK REVERSE MORTGAGE LLC
CT CORORATION SYSTEM
111 8TH AVE
NEW YORK, NEW YORK 10011

JOHN DOE # 1 THROUGH JOHN DOE # 10
377 East 98th Street
Brooklyn, NY 11212

Avril Anthony

Sworn to before me this __14__

day of ___AUGUST___, 20 18

_____

Notary Public

LESLIE PATTERSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA6366527
Qualified in Queens County
My Commission Expires 10-30-2021

EXHIBIT A1

Case 1:25-cv-06462-CM  Document 4  Filed 11/25/25  Page 25 of 60 PageID #: ...

NYSCEF DOC. NO. 1972                                       RECEIVED NYSCEF: 04/29/2024

19-10412-jlg    Doc 3673    Filed 09/07/21    Entered 09/07/21 14:50:26    Main Document
Pg 1 of 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                    :

In re                             :        **Chapter 11**

                                    :

**DITECH HOLDING CORPORATION, et al.,**   :        **Case No. 19-10412 (JLG)**

                                    :

              **Debtors.**[1]        :        **(Jointly Administered)**
                                    :        **Related Docket No. 3565**

---------------------------------------------------------X

### ORDER GRANTING MOTION OF PLAN ADMINISTRATOR FOR ENTRY OF ORDER IN AID OF EXECUTION OF THIRD AMENDED JOINT CHAPTER 11 PLAN OF DITECH HOLDING CORPORATION AND ITS AFFILIATED DEBTORS (I) RELEASING WIND DOWN ESTATE LIENS ON PROPERTY OWNED BY BORROWERS, (II) CLARIFYING THAT THIRD PARTIES ARE PERMITTED TO COMMENCE AND CONTINUE NON-MONETARY QUIET TITLE ACTIONS, (III) FINDING WIND DOWN ESTATES AND PLAN ADMINISTRATOR NEED TAKE NO FURTHER ACTION TO RESPOND TO TITLE/LIEN INQUIRIES, AND (IV) GRANTING RELATED RELIEF

Upon the Motion dated July 27, 2021 (the "**Motion**") by the Plan Administrator,[2]

on behalf of Ditech Holding Corporation (f/k/a Walter Investment Management Corp.) and its

debtor affiliates (excluding Reorganized RMS) (collectively, the "**Wind Down Estates**")[3]

pursuant to the Confirmation Order, the Plan, sections 105(a) and 1142(b) of the Bankruptcy

Code for entry of an order in aid of execution of the Plan: (i) finding that the Wind Down

---

[1]  On September 26, 2019, the Court confirmed the *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1326) (the "**Plan**"), which created the Wind Down Estates. The Wind Down Estates, along with the last four digits of their federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Wind Down Estates' principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion, the Plan, or the *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Confirmation Order**"), as applicable.

[3]  The Wind Down Estates include the Estate for Ditech Financial LLC, which was formerly known as Green Tree Servicing LLC, Conseco Finance Servicing Corp., and Green Tree Financial Servicing Corp.

FILED: KINGS COUNTY CLERK 04/29/2024 11:01 AM

NYSCEF DOC. NO. 23 19-10412-jlg   Doc 3673   Filed 09/07/21   Entered 09/07/21 14:50:26   Main Document
Case 1:25-cv-06166-OEM-VMS   Document 1   Filed 11/05/25   Page 26 of 60 PageID #:
RECEIVED NYSCEF: 04/29/2024
Pg 2 of 4

Estates abandon any and all remaining interests, if any, in and release any liens of the Wind

Down Estates on the properties of Borrowers as they relate to any Title/Lien Inquiry submitted

or remaining unanswered following the entry of the Proposed Order; (ii) clarifying that Inquiry

Parties are permitted by the Plan and Confirmation Order to commence and continue Title

Disputes, including specifically Quiet Title Actions; and (iii) finding that, by the release of all

liens in connection with any Title/Lien Inquiry, the Wind Down Estates and the Plan

Administrator need take no further action to respond to Title/Lien Inquiries following the entry

of the Proposed Order, all as more fully described in the Motion; and the Court has jurisdiction

to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and

sufficient notice of the Motion having been given, and it appearing that no other or future notice

need be provided; and the Court having found that the relief requested in the Motion is in the

best interests of the Wind Down Estates, their creditors, and all parties in interest; and that the

legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY FOUND AND DETERMINED THAT:**

1.      The Court has jurisdiction over the Chapter 11 Cases pursuant to
28 U.S.C. §§ 157(a)-(b) and 1334(b), and venue is proper under 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases of the relief requested in the Motion are sections
105(a) and 1142(b) of the Bankruptcy Code.

3.      The Plan provides that, except for property of the Debtors' Estates that
was acquired by the Forward Stalking Horse Purchaser or the Reverse Stalking Horse Purchaser,
all remaining property of the Debtors' Estates vests in the Wind Down Estates, and on or after

FILED: KINGS COUNTY CLERK 04/29/2024 11:01 AM
NYSCEF DOC. NO. 372
Case 19-10166-OEM-VMS    Document 1    Filed 11/05/25    Page 27 of 60 PageID #:
RECEIVED NYSCEF: 04/29/2024
19-10412-jlg    Doc 3673    Filed 09/07/21    Entered 09/07/21 14:50:26    Main Document
Pg 3 of 4

the Effective Date, the Wind Down Estates may take any action including the "use, acquisition, sale, lease and disposition of property" and "the entry into transactions, agreements, understandings, or arrangements, whether in or other than in the ordinary course of business. . . ." *See* Plan § 10.1.

4.      The Plan provides that, after the Effective Date, the Plan Administrator shall wind down, sell, liquidate, and may operate, use, acquire, or dispose of property and compromise or settle any Claims, Interests, or Causes of Action remaining with the Wind Down Estates. *See* Plan § 5.6(e)(iii).

5.      By entry of this Order, the Wind Down Estates shall be deemed to have satisfied any obligations relative to Title/Lien Inquiries. No further response by the Plan Administrator and Wind Down Estates to any Title/Lien Inquiry is required.

### FURTHER, IT IS HEREBY ORDERED THAT:

6.      The relief requested in the Motion is granted.

7.      The Wind Down Estates shall be deemed to hereby abandon any and all interests, to the extent any, in and release all liens of the Wind Down Estates on the property of any Borrower as it relates to any Title/Lien Inquiry submitted or remaining unanswered after entry of this Order, including any future Title/Lien Inquiries. Future Inquiry Parties are permitted to present this Order to serve as evidence of such release.

8.      Pursuant to the OCB Orders and the Confirmation Order, the Automatic Stay remains modified to permit Inquiry Parties to commence and continue disputes, including Title Disputes and non-monetary Quiet Title Actions or other non-monetary relief against the Wind Down Estates.

I hereby attest ... ... ... an *April 16, 2024*
that this document is a full, true and correct
copy of the original filed on our court's
electronic case filing system.

Clerk, US Bankruptcy Court, SDNY

3    By: *Wandra Harris* Deputy Clerk

9.      The Plan Administrator shall publish this Order at the website established by the Wind Down Estates' court-approved claims and noticing agent, Epiq Corporate Restructuring, LLC, at http://dm.epiq11.com/Ditech.

10.     Following the wind down of the Wind Down Estates and the closing of these Chapter 11 Cases, the Plan Administrator, the Wind Down Estates, and any current or former employee of the Plan Administrator, the Wind Down Estates, or the Debtors shall have no obligation to accept any service of process on behalf of the Wind Down Estates, and no such service shall be deemed effective upon the Wind Down Estates.

11.     The Plan, the Confirmation Order, and the OCB Orders shall remain in full force and effect.

12.     Nothing in this Order shall constitute an admission of the validity, nature, amount or priority of any claims asserted against the Wind Down Estates in these Chapter 11 Cases.

13.     The Plan Administrator is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

14.     Entry of this Order is without prejudice to the rights of the Plan Administrator, on behalf of the Wind Down Estates, to seek authorization to modify or supplement the relief granted herein.

15.     This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.

Dated: September 7, 2021
       New York, New York

                                    /s/ *James L. Garrity, Jr.*
                                    THE HONORABLE JAMES L. GARRITY, JR.
                                    UNITED STATES BANKRUPTCY JUDGE

4

WEIL\98119700\241703.0012

# shellpoint.

75 Beattie Place, Suite LL202
Greenville, SC 29601

Toll-Free Phone: 1-800-365-7107
Toll-Free Fax: 1-866-467-1137

*Hours of Operation*
Monday-Friday: 8:00AM-9:00PM EDT
Saturday: 10:00AM-2:00PM EDT

May 28, 2025

Hilda Hutchinson
377 E 98th Street
Brooklyn, NY 11212

RE: CFPB Complaint # 250326-19611596
    Reference #:      0579915206
    Account #:       xxxx3434
    Property:        377 E 98 Street
                   Brooklyn, NY 11212
    Original Account #: 3750656
    Original Creditor: BNY Mortgage Company LLC
    Date of Last Payment: August 4, 2015

Dear Hilda Hutchinson:

This letter is in response to the Consumer Financial Protection Bureau ("CFPB") correspondence received by Shellpoint Mortgage Servicing ("Shellpoint") on April 2, 2025, regarding the above-referenced mortgage loan account. By filing a dispute with the CFPB, you have authorized us to upload a copy of our response to the CFPB website. We understand that you are requesting the CFPB assist you with a validation of debt.

Please know that we take our customer service and consumer protection obligations seriously and have dedicated staff to identify and resolve your concerns.

In your correspondence, you state that you want Shellpoint to cease collection efforts and to pay you for damages.

Upon research of the issue, we determined that Shellpoint will not call you given the cease-and-desist request on file. In a cease-and-desist, Shellpoint will place a restriction on the account so that no further written or verbal contact is made to our customer, except for that which is legally required. Shellpoint, however, will continue to protect the interest of our investor through legal remedies provided. We have also determined that Shellpoint has not made any collection efforts on your account since May 20, 2020.

We are providing documentation to verify the validity of this debt. Enclosed you will find the mortgage assignment from Ditech, the loan assumption you signed on July 21, 2002, and the last three billing statements reflecting the total amount due.

Shellpoint has determined it maintains an enforceable mortgage against the property.

We respectfully decline to provide compensation to satisfy this dispute.

Shellpoint strives to ensure courteous and expeditious handling of any servicing issues which may arise during the time that your loan is serviced with us. Please understand that we handle all borrower comments and concerns with the utmost consideration. We regret to hear you were dissatisfied with the servicing of your account.

Although Shellpoint apologizes for any inconvenience regarding this matter, we have been unable to determine any error has occurred. We have enclosed documentation supporting our determination.

We appreciate your business and the opportunity to review this matter for you. For any additional inquiries or assistance, please visit our website at www.shellpointmtg.com. Alternatively, feel free to contact us directly at 1-800-365-7107 for further assistance. You can also find helpful information on our Frequently Asked Questions page. Simply log in to your account on our website, click on Help, and choose FAQs from the drop-down menu for quick access to answers to common questions.

KE05272025B

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 1-800-365-7107.

Sincerely,

Joseph Witt
Compliance Department
Shellpoint Mortgage Servicing

Cc: CFPB

Enclosures: Loan Assumption, Mortgage assignment, Billing Statements

### Please read the following important notices as they may affect your rights.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

#### Notice of Error or Information Request Address

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Exhibit 31

September 20, 2025

**FINAL NOTICE – CEASE AND DESIST DEMAND**

**From:**
Hilda Hutchinson
377 East 98th St
Brooklyn, NY 11212

**To:**
NewRez LLC d/b/a Shellpoint Mortgage Servicing
Attn: Compliance Department
PO Box 10826
Greenville, SC 29603

**Re:** FINAL Formal Notice of Dispute – Account No. 0579915206 fka 2031565/600105, Original Account #375065
Property Address: 384 Legion Ave, Brooklyn, NY 11212 and 377 E 98th St, Brooklyn, NY

**To Whom It May Concern,**

This letter serves as a **final formal dispute** and **cease-and-desist notice** concerning the mortgage account identified above, which has been wrongly associated with me.

## 1. Quiet Title Judgment Rendered in 2018

Please be advised that the mortgage related to my property was **discharged and extinguished pursuant to a final Quiet Title Judgment** entered on **July 31, 2018**, by the Kings County Supreme Court. This judgment eliminated all rights, claims, and encumbrances associated with the subject mortgage and voided any further interest by any lender or servicer.

As such, you have **no legal right to**:

- Collect or attempt to collect any debt related to this account;
- Disburse escrow funds or property taxes on my behalf;
- Represent that you have any lien interest in the subject property;
- Report, communicate, or in any way associate me with the mortgage at 384 Legion Avenue.

## 2. Misrepresentation and Harassment

On **July 2, 2025,** Shellpoint claimed that my property at **377 East 98th Street** was "redesigned" from 384 Legion Avenue. This claim is **false**. Verification from the **Brooklyn Borough Office** confirms that **377 East 98th Street was never known as 384 Legion Avenue.** I

have **never owned or been responsible for the mortgage or debt associated with 384 Legion Avenue**.

Your continued attempts to collect this debt constitute:

- **Harassment** under the **Fair Debt Collection Practices Act (15 U.S.C. § 1692)**;
- **Misrepresentation and false statements** in violation of federal and New York consumer protection laws;
- A violation of my property rights as confirmed by the 2018 Quiet Title judgment.

## 3. DEMAND FOR IMMEDIATE ACTION

I hereby demand that you **immediately cease and desist all collection activity** related to this account. This includes, but is not limited to:

- All written, electronic, or verbal communications regarding this debt;
- Reporting this alleged debt to credit bureaus or third parties;
- Any action to foreclose, enforce, or otherwise assert rights in connection with 384 Legion Avenue or 377 East 98th Street.

Failure to comply with this notice will leave me with **no choice but to pursue all available legal remedies**, including:

- Filing a **federal lawsuit** seeking injunctive relief, declaratory relief, and damages;
- Seeking **statutory damages under the FDCPA**;
- Seeking sanctions for continued harassment and misrepresentation.

Please be advised that this constitutes my **final notice** to cease all activity regarding this account and property immediately.

I demand **written confirmation within 10 business days** that you have:

1. Ceased all collection activity;
2. Corrected any misreporting to credit agencies or third parties; and
3. Noted in your records that I am not and have never been liable for the alleged debt associated with 384 Legion Avenue.

Sincerely,

Nilda Hutchinson
377 East 98th St
Brooklyn, NY 11212

**July 13, 2025**

**NOTICE-CEASE AND DESIST DEMAND**

From: Hilda Hutchinson
377 East 98th St
Brooklyn NY 11212

**TO: NewRez LLC d/b/a Shellpoint Mortgage Servicing**
Attn: Compliance Department
PO Box 10826
Greenville, SC 29603

**Re: Formal Notice of Dispute – Account No. 0579915206 fka 2031565/600105**
**Original account # 375065**
**Property Address 384 Legion Ave Brooklyn NY 11212 and 377 E 98th St Bklyn NY**

To Whom It May Concern,

This letter serves as a **formal dispute and cease & desist notice** concerning the mortgage account identified above, which has been wrongly associated with me.

**1. Quiet Title Judgment Rendered in 2018**
Please be advised that the mortgage related to my property was **discharged and extinguished** pursuant to a **final Quiet Title judgment** entered on **July 31, 2018** by the **Kings County Supreme Court**. This judgment eliminated all rights, claims, and encumbrances associated with the subject mortgage and voided any further interest by any lender or servicer.

As such, **you have no legal right** to:
• Collect or attempt to collect any debt related to this account,
• Disburse escrow funds or property taxes on my behalf,
• Represent that you have any lien interest in the subject property.

2.  No legal Action Pending Against Me.

- Shellpoint is **not a party** to the action,
- Shellpoint has **no legal standing** to pursue claims related to this matter,
- And **no foreclosure or collection action is pending** against me by Shellpoint.

## 3. Unauthorized Tax Payments

Your records indicate that you have been paying property taxes for the above-referenced account. You are **not authorized** to do so. Any such payments are made at your own risk, without my request or consent. I am not liable for these amounts, and your actions may constitute:

- **Unjust enrichment,**
- **Violation of RESPA (12 U.S.C. § 2605),**
- And potentially **slander of title.**

## DEMANDS

Accordingly, I demand that Shellpoint:

1. **Immediately cease and desist** from all collection activities related to this account;
2. **Cease any disbursement of escrow funds or property taxes;**
3. Provide written confirmation that this account is **closed, marked invalid, and will not be pursued**;
4. Provide copies of any documents Shellpoint claims give rise to this account, including the full chain of title and the promissory Note;
5. Remove any negative information Shellpoint may have reported to any consumer credit reporting agency.

## NOTICE

This communication serves as a dispute under the **Fair Debt Collection Practices Act (15 U.S.C. § 1692g)** and a Qualified Written Request under **RESPA (12 U.S.C. § 2605(e))**. Failure to respond within the timelines required by law may subject Shellpoint to legal liability, including actual and statutory damages, court costs, and attorney's fees.

If Shellpoint fails to comply with this notice, I will take appropriate legal action, including but not limited to:

- Filing complaints with the **Consumer Financial Protection Bureau, New York Attorney General**, and **Federal Trade Commission**;
- Filing a **motion to enforce the quiet title judgment** and seek **sanctions**;

All rights are expressly reserved.

<u>/s/ Hilda Hutchinson</u>

Hilda Hutchinson

377 E 98th St

Brooklyn NY 11212

**February 4, 2025**

**NOTICE-CEASE AND DESIST DEMAND**

From: Hilda Hutchinson
377 East 98th St
Brooklyn NY 11212

**TO: NewRez LLC d/b/a Shellpoint Mortgage Servicing**
Attn: Compliance Department
PO Box 10826
Greenville, SC 29603

**Re: Formal Notice of Dispute – Account No. 0579915206 fka 2031565/600105
Original account # 375065
Property Address 384 Legion Ave Brooklyn NY 11212 and 377 E 98th St
Bklyn NY**

To Whom It May Concern,

This letter serves as a **formal dispute and cease & desist notice** concerning the mortgage account identified above, which has been wrongly associated with me.

**1. Quiet Title Judgment Rendered in 2018**
Please be advised that the mortgage related to my property was **discharged and extinguished** pursuant to a **final Quiet Title judgment** entered on **July 31, 2018** by the **Kings County Supreme Court**. This judgment eliminated all rights, claims, and encumbrances associated with the subject mortgage and voided any further interest by any lender or servicer.

As such, **you have no legal right** to:
• Collect or attempt to collect any debt related to this account,
• Disburse escrow funds or property taxes on my behalf,
• Represent that you have any lien interest in the subject property.

I am writing to formally complain about Shellpoint Mortgage Servicing (NMLS #14559) for: 1. Illegal Collection Attempts on Discharged Debt • On March 19, 2025, Shellpoint demanded more than $200,000 for mortgage debt extinguished by: Quiet Title Order (Kings County Supreme Court, July 31, 2018,) Bankruptcy Court Order (Southern District of NY, Sept. 7, 2021,), Evidence: Attached

Shellpoint demand letter and court orders . 2. Deceptive Practices Under NY GBL § 349 • Shellpoint knowingly misrepresented: The debt's validity (despite court rulings) Their legal authority to collect (no valid assignment from dissolved entities) 3. Harassment & Credit Harm • Despite my cease-and-desist letter dated, Shellpoint continues: o Threats of foreclosure.

Hilda Hutchinson

March 22, 2021

TO: NewRez LLC d/b/a Shellpoint Mortgage Servicing

1100 Virginia Dr. Suite 125

Forth Washington PA 19034


From: Hilda Hutchinson

377 E 98th St

Brooklyn NY 11212

Re:Deed of Trust dated 4/27/2001

Loan # 0579915206


To Whom It May Concern:

I do not have any contractual obligations with you attached you will find NYS Supreme Court Quiet Title Order granted July 31, 2018, for my property 377 E 98th St Brooklyn NY 11212 Block 3594 Lot 5. I have never owned any property at 384 Legion ave Brooklyn NY 11212 Block 3594 Lot 6. Please stop your harassments and all letters to me about the above.

Hilda Hutchinson



FILED: KINGS COUNTY CLERK 10/29/2024 02:13 AM
NYSCEF DOC. NO. 2012

Page 42 of 60 PageID #:
RECEIVED NYSCEF: 10/29/2024
INDEX NO. 505953/2018

FILED: KINGS COUNTY CLERK 08/06/2018
NYSCEF DOC. NO. 16

RECEIVED NYSCEF: 08/10/2018

At an I.A.S. Trial Term, Part ___ of the Supreme
Court of the State of New York, held in and for the
County of Kings, at the Courthouse, located at
Civic Center, Borough of Brooklyn, City and State
of New York, on the ___ day of ___ 20__

P R E S E N T :

Hon. _____
                              Justice

_____
                                         Plaintiff(s)

        - against -

_____
                                         Defendant(s)

Cal. No. ___
Index No. ___

The following papers numbered 1 to ___ read on this motion

Papers Numbered:

Notice of Motion - Order to Show Cause
and Affidavits (Affirmations) Annexed _____
Answering Affidavit (Affirmation) _____
Reply Affidavit (Affirmation) _____
_____ Affidavit (Affirmation) _____
Pleadings - Exhibit _____
Stipulations - Minutes _____
Filed Paper _____

For Clerks use only

MG ____
MD ____
Motion Seq. # ____

E N T E R

Exhibit C

# shellpoint.

75 Beattie Place, Suite LL202
Greenville, SC 29601

Toll Free Phone: 1-800-365-7107
Toll Free Fax: 1-866-467-1137

*Hours of Operation*
Monday-Friday: 8:00AM-9:00PM EDT
Saturday: 10:00AM-2:00PM EDT

July 2, 2025

Hilda Hutchinson
377 E 98th St
Brooklyn, NY 11212

| RE: | Case #: | BKM-2025-01646825 |
|---|---|---|
| | Original Lender: | BNY Mortgage Company LLC |
| | Original Loan #: | 375065 |
| | Current Lender: | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| | Date of Last Payment: | December 14, 2015 |
| | Reference #: | 579915206 |
| | Account #: | xxxxx3434 |
| | Homeowner's Name: | Hilda Hutchinson |
| | Property Address: | 377 East 98th Street, Brooklyn, NY 11212 |

Dear Hilda Hutchinson:

This letter is in response to correspondence received by Shellpoint Mortgage Servicing ("Shellpoint") from the New York State Department of Financial Services on June 4, 2025 regarding the above-referenced property. We understand that by filing a dispute with the New York State Department of Financial Services, we are authorized to respond to them. We further understand that you are requesting assistance with the loan. Please know that we take our customer service and consumer protection obligations seriously and have dedicated staff to identify and resolve your concerns.

In your correspondence, you assert that the mortgage associated with the subject property was discharged and extinguished pursuant to a quiet title judgment. You demand cessation of all collection activities and the disbursement of escrow funds, written confirmation that the account has been closed, and the removal of any negative reporting to the Credit Reporting Agencies ("CRAs"). Additionally, you request a full account history and a detailed explanation of any claims Shellpoint asserts in relation to this matter, including the complete chain of title and the original promissory note.

Based on our research, it was determined that on July 24, 2002, you purchased the property located at 377 East 98th Street, Brooklyn, New York (Block 3594, Lot 5) from NHS Community Development Corp. The deed executed in connection with the sale was conditioned upon your assumption of a promissory note in the original principal amount of $160,050.00, secured by a mortgage on the property. Accordingly, you entered into an assumption agreement pertaining to both the note and the mortgage. Servicing of the loan was subsequently undertaken by Ditech Financial LLC (formerly known as Green Tree Servicing) as of May 2, 2014.

The recorded quiet title is not associated with the subject property securing your mortgage. It has been determined it is associated with the default of an unrelated party. All pending actions involving Ditech and the Supreme Court have previously held that the validity of the mortgage is not in question. Shellpoint is servicing your loan in accordance with investor guidelines, and we will continue to maintain the escrow account on your loan as is necessary to pay for taxes and insurance to protect our interest in the property.

Upon reviewing the loan documentation, we confirmed that your loan is associated with the original property address of 384 Legion Avenue, which has since been redesignated as 377 East 98th Street, Brooklyn, NY 11212. Shellpoint has updated the property address accordingly in our servicing system and is providing you with copies of the original promissory note, mortgage, and the assumption agreement you executed to assume the remaining debt associated with this loan.

Please be advised that no foreclosure referral was initiated by Shellpoint, nor was any legal action filed in connection with a foreclosure on the subject property. Upon review, it was previously determined that the statute of limitations applicable to your loan

expired on July 1, 2021. As a result, on May 2, 2025, Shellpoint waived $22,157.97 and adjusted the loan's due date from July 1, 2015, to October 1, 2019.

As of the date of this correspondence, the total amount required to bring the loan current is $126,379.56 (the "Amount Due"). Please note that this figure is subject to change due to the accrual of interest, application of payments or credits, and the addition of any applicable fees or other permissible charges. To obtain an updated payoff amount, please contact our office at 1-800-365-7107.

Please know that the information submitted to the Consumer Reporting Agencies, ("CRAs") was sent in compliance with the Fair Credit Reporting Act. While the loan was past due, Shellpoint submitted information to the CRAs reporting it as such. Shellpoint is obligated to furnish the CRAs with accurate information and will not remove the reported delinquencies.

Although Shellpoint regrets any inconvenience, our review has not identified any errors in the handling of your case. You have the right to request supporting documentation for our determination, which has been enclosed for your reference.

Thank you for your business and the opportunity to assist you. If you have any further questions or need additional support, please visit our website at www.shellpointmtg.com. You're also welcome to contact us directly at 1-800-365-7107. For quick answers to common questions, log in to your account on our website, click on Help, and select FAQs from the drop-down menu.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 1-800-365-7107.

Sincerely,

John Ventura
Compliance Department
Shellpoint Mortgage Servicing

Enclosures: Loan History Statement, Copies of Mortgage Note, Mortgage Security Instrument, and Assumption Agreement, Breach Demand Letter, Monthly Statement

Cc: New York State Department of Financial Services


## Please read the following important notices as they may affect your rights.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Shellpoint Mortgage Servicing utilizes third-party providers in connection with the servicing of your loan, but Shellpoint Mortgage Servicing remains responsible for all actions taken by third-party providers.

In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
(i)  the use or threat of violence;
(ii)  the use of obscene or profane language; and
(iii)  repeated phone calls made with the intent to annoy, abuse, or harass.
If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1.  Supplemental security income, (SSI);
2.  Social security;
3.  Public assistance (welfare);
4.  Spousal support, maintenance (alimony) or child support;
5.  Unemployment benefits;
6.  Disability benefits;
7.  Workers' compensation benefits;
8.  Public or private pensions;
9.  Veterans' benefits;
10.  Federal student loans, federal student grants, and federal work study funds; and
11.  Ninety percent of your wages or salary earned in the last 60 days

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 **800-365-7107**，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Shellpoint is registered with a Superintendent of the New York State Banking Department. You may file a complaint about Newrez LLC dba Shellpoint Mortgage Servicing or obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the www.dfs.ny.gov. For access to a live person trained to answer inquiries and help resolve complaints call us at 800-365-7107 or you can write us at Newrez LLC dba Shellpoint Mortgage Servicing P.O. Box 10826, Greenville, SC 29603. New York City: New York City Consumer Affairs license number 1471002.

Shellpoint está registrado con un Superintendente del Departamento Bancario del Estado de Nueva York. Puede presentar una queja sobre Newrez LLC dba Shellpoint Mortgage Servicing u obtener más información del Departamento de Servicios Financieros del Estado de Nueva York llamando al Departamento de Asistencia al Consumidor al 1-800-342-3736 o visitando el www.dfs.ny.gov. Para acceder a una persona en vivo capacitada para responder consultas y ayudar a resolver quejas llámenos a 800-365-7107 o puede escribirnos a Newrez LLC dba Shellpoint Mortgage Servicing P.O. Box 10826, Greenville, SC 29603. Ciudad de Nueva York: Número de licencia 1471002 de Asuntos del Consumidor de la Ciudad de Nueva York.

2031565    345005

MIN 1000496375065200019

Multistate                     NOTE

| FHA Case No. |
| --- |
| 374-3468478-702 |

# 600105

[Date] **April 27, 2001**

**384 LEGION AVE, BROOKLYN, New York 11212**
[Property Address]

## 1. PARTIES
"Borrower" means each person signing at the end of this Note, and the person's successors and assigns. "Lender" means

**BNY MORTGAGE COMPANY LLC**

and its successors and assigns.

## 2. BORROWER'S PROMISE TO PAY; INTEREST
In return for a loan received from Lender, Borrower promises to pay the principal sum of

**ONE HUNDRED SIXTY THOUSAND FIFTY & 00/100**

Dollars (U.S. $    **160,050.00** ), plus interest, to the order of Lender. Interest will be charged on unpaid principal, from the date of disbursement of the loan proceeds by Lender, at the rate of **SEVEN AND THREE-FOURTHS** percent (    **7.750** %) per year until the full amount of principal has been paid.

## 3. PROMISE TO PAY SECURED
Borrower's promise to pay is secured by a mortgage, deed of trust or similar security instrument that is dated the same date as this Note and called the "Security Instrument." The Security Instrument protects the Lender from losses which might result if Borrower defaults under this Note.

## 4. MANNER OF PAYMENT
(A) Time
Borrower shall make a payment of principal and interest to Lender on the first day of each month beginning on **June 1** ,     **2001** . Any principal and interest remaining on the first day of **May 2031** , will be due on that date, which is called the "Maturity Date." .
(B) Place
Payment shall be made at    **440 MAMARONECK AVENUE**
**HARRISON, NY 10528**        or at such place as Lender may designate in writing by notice to Borrower.
(C) Amount
Each monthly payment of principal and interest will be in the amount of U.S. $    **1,146.62**    . This amount will be part of a larger monthly payment required by the Security Instrument, that shall be applied to principal, interest and other items in the order described in the Security Instrument.
(D) Allonge to this Note for payment adjustments
If an allonge providing for payment adjustments is executed by Borrower together with this Note, the covenants of the allonge shall be incorporated into and shall amend and supplement the covenants of this Note as if the allonge were a part of this Note. [Check applicable box]

☐ Graduated Payment Allonge     ☐ Growing Equity Allonge     ☐ Other [specify]

## 5. BORROWER'S RIGHT TO PREPAY
Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty, on the first day of any month. Lender shall accept prepayment on other days provided that Borrower pays interest on the amount prepaid for the remainder of the month to the extent required by Lender and permitted by regulations of the Secretary. If Borrower makes a partial prepayment, there will be no changes in the due date or in the amount of the monthly payment unless Lender agrees in writing to those changes.

FHA Multistate Fixed Rate Note - 10/95

~1R (9601)
VMP MORTGAGE FORMS - (800)521-7291

Page 1 of 2                Initials

## 6. BORROWER'S FAILURE TO PAY

### (A) Late Charge for Overdue Payments

If Lender has not received the full monthly payment required by the Security Instrument, as described in Paragraph 4(C) of this Note, by the end of fifteen calendar days after the payment is due, Lender may collect a late charge in the amount of **FOUR** percent ( **4.00 %**) of the overdue amount of each payment.

### (B) Default

If Borrower defaults by failing to pay in full any monthly payment, then Lender may, except as limited by regulations of the Secretary in the case of payment defaults, require immediate payment in full of the principal balance remaining due and all accrued interest. Lender may choose not to exercise this option without waiving its rights in the event of any subsequent default. In many circumstances regulations issued by the Secretary will limit Lender's rights to require immediate payment in full in the case of payment defaults. This Note does not authorize acceleration when not permitted by HUD regulations. As used in this Note, "Secretary" means the Secretary of Housing and Urban Development or his or her designee.

### (C) Payment of Costs and Expenses

If Lender has required immediate payment in full, as described above, Lender may require Borrower to pay costs and expenses including reasonable and customary attorneys' fees for enforcing this Note to the extent not prohibited by applicable law. Such fees and costs shall bear interest from the date of disbursement at the same rate as the principal of this Note.

## 7. WAIVERS

Borrower and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

## 8. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first class mail to Borrower at the property address above or at a different address if Borrower has given Lender a notice of Borrower's different address.

Any notice that must be given to Lender under this Note will be given by first class mail to Lender at the address stated in Paragraph 4(B) or at a different address if Borrower is given a notice of that different address.

## 9. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. Lender may enforce its rights under this Note against each person individually or against all signatories together. Any one person signing this Note may be required to pay all of the amounts owed under this Note.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Note.

NHS Community Development Corp.

_____ (Seal)      _____ (Seal)
By: Joan Tally          -Borrower                              -Borrower

_____ (Seal)      _____ (Seal)
                        -Borrower                              -Borrower

_____ (Seal)      _____ (Seal)
                        -Borrower                              -Borrower

_____ (Seal)      _____ (Seal)
                        -Borrower                              -Borrower

PAY TO THE ORDER OF                 PAY TO THE ORDER OF
ALLIANCE MORTGAGE COMPANY           KIRKBANK
WITHOUT RECOURSE                    WITHOUT RECOURSE
~1R (9601)    BY: BNY MORTGAGE COMPANY LLC    Page 2 of 2    BY: ALLIANCE MORTGAGE COMPANY
SIGNED: _____             SIGNED: _____
        JAXME M. EVATTE                     BOBBI O'BRIEN
        ASST. VICE PRESIDENT                ASST. VICE PRESIDENT

**CONFIDENTIAL**

REEL ɔ ː 7 2 PG 0 0 6 0

3L 0ᴸ. OO

———————————— [Space Above This Line For Recording Data] ————————————

State of New York

# MORTGAGE

| FHA Case No. |
| --- |
| 374-3468478-702 |

375065

THIS MORTGAGE ("Security Instrument") is given on    **April 27, 2001**
The Mortgagor is

**NHS COMMUNITY DEVELOPMENT CORP.**

whose address is    **121 WEST 27TH STREET**
**NEW YORK, New York 10001**

("Borrower"). This Security Instrument is given to
**BNY MORTGAGE COMPANY LLC**

which is organized and existing under the laws of    **THE STATE OF NEW YORK**    , and
whose address is    **440 MAMARONECK AVENUE, HARRISON, NY 10528**
("Lender"). Borrower owes Lender the principal sum of
**ONE HUNDRED SIXTY THOUSAND FIFTY & 00/100**

Dollars (U.S. $    **160,050.00**    ).

This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on    **May 1,**
**2031**    . This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance

FHA New York Mortgage - 4/96

ⓂMᴾ -4R(NY) (9709)
Page 1 of 8                    Initials:
VMP MORTGAGE FORMS - (800)521-7291



REEL 5 1 7 2 PG 0 0 6 1

of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to the Lender the following described property located in **Kings** County, New York:

**All that tract or parcel of land as shown on Schedule "A" attached hereto which is incorporated herein and made a part hereof.**

which has the address of **384 LEGION AVE, BROOKLYN** [Street, City],
New York **11212** [Zip Code]  ("Property Address");

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

Borrower and Lender covenant and agree as follows:

UNIFORM COVENANTS.

1. **Payment of Principal, Interest and Late Charge.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and late charges due under the Note.

2. **Monthly Payment of Taxes, Insurance and Other Charges.** Borrower shall include in each monthly payment, together with the principal and interest as set forth in the Note and any late charges, a sum for (a) taxes and special assessments levied or to be levied against the Property, (b) leasehold payments or ground rents on the Property, and (c) premiums for insurance required under paragraph 4. In any year in which the Lender must pay a mortgage insurance premium to the Secretary of Housing and Urban Development ("Secretary"), or in any year in which such premium would have been required if Lender still held the Security Instrument, each monthly payment shall also include either: (i) a sum for the annual mortgage insurance premium to be paid by Lender to the Secretary, or (ii) a monthly charge instead of a mortgage insurance premium if this Security Instrument is held by the Secretary, in a reasonable amount to be determined by the Secretary. Except for the monthly charge by the Secretary, these items are called "Escrow Items" and the sums paid to Lender are called "Escrow Funds."

Lender may, at any time, collect and hold amounts for Escrow Items in an aggregate amount not to exceed the maximum amount that may be required for Borrower's escrow account under the Real Estate Settlement Procedures Act of 1974, 12 U.S.C. Section 2601 *et seq.* and implementing regulations, 24 CFR Part 3500, as they may be amended from time to time ("RESPA"), except that the cushion or reserve permitted by RESPA for unanticipated disbursements or disbursements before the Borrower's payments are available in the account may not be based on amounts due for the mortgage insurance premium.

Initials: _____

REEL5172PG0061

of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to the Lender the following described property located in **Kings** County, New York:

All that tract or parcel of land as shown on Schedule "A" attached hereto which is incorporated herein and made a part hereof.

which has the address of      **384 LEGION AVE, BROOKLYN**                                      [Street, City],
New York      **11212**                        [Zip Code]    ("Property Address");

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

Borrower and Lender covenant and agree as follows:

UNIFORM COVENANTS.

1. **Payment of Principal, Interest and Late Charge.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and late charges due under the Note.

2. **Monthly Payment of Taxes, Insurance and Other Charges.** Borrower shall include in each monthly payment, together with the principal and interest as set forth in the Note and any late charges, a sum for (a) taxes and special assessments levied or to be levied against the Property, (b) leasehold payments or ground rents on the Property, and (c) premiums for insurance required under paragraph 4. In any year in which the Lender must pay a mortgage insurance premium to the Secretary of Housing and Urban Development ("Secretary"), or in any year in which such premium would have been required if Lender still held the Security Instrument, each monthly payment shall also include either: (i) a sum for the annual mortgage insurance premium to be paid by Lender to the Secretary, or (ii) a monthly charge instead of a mortgage insurance premium if this Security Instrument is held by the Secretary, in a reasonable amount to be determined by the Secretary. Except for the monthly charge by the Secretary, these items are called "Escrow Items" and the sums paid to Lender are called "Escrow Funds."

Lender may, at any time, collect and hold amounts for Escrow Items in an aggregate amount not to exceed the maximum amount that may be required for Borrower's escrow account under the Real Estate Settlement Procedures Act of 1974, 12 U.S.C. Section 2601 *et seq.* and implementing regulations, 24 CFR Part 3500, as they may be amended from time to time ("RESPA"), except that the cushion or reserve permitted by RESPA for unanticipated disbursements or disbursements before the Borrower's payments are available in the account may not be based on amounts due for the mortgage insurance premium.

Initials: _____

Exhibit D



OFFICE OF THE BROOKLYN BOROUGH PRESIDENT

June 25, 2015

Ms. Hilda Hutchinson
377 East 98th Street
Brooklyn, New York 11212

Dear Ms. Hutchinson:

I am in receipt of your letter requesting verification of the address for the property located in Lot 5 of Block 3594, in the Borough of Brooklyn.

A review of the records maintained by the Topographical Bureau's House Number Division reveals that Lot 5 of Block 3594 has the authorized address of 377 East 98th Street and 388 Legion Street.

Additional research indicates that Lot 5 of Block 3594 never was assigned the address 384 Legion Street nor was this address ever displayed on Lot 5.

If you need additional information, please contact Ms. Kellie O'Brien, of my staff, at (718) 802-3989.

Sincerely,

Alvin S. Goodman, P.E.
Chief Engineer

AG/ko



OFFICE OF THE BROOKLYN BOROUGH PRESIDENT

June 13, 2016

Ms. Hilda Hutchinson
377 East 98th Street
Brooklyn, New York 11212

Dear Ms. Hutchinson:

I am in receipt of your letter requesting verification of the address for the property located in Lot 5 of Block 3594, in the Borough of Brooklyn.

A review of the records maintained by the Topographical Bureau's House Number Division reveals that Lot 5 of Block 3594 has the authorized address of 377 East 98th Street and 388 Legion Street.

Additional research indicates that the street name Legion Avenue does not exist in the borough of Brooklyn, hence the addresses 384 and 386 Legion Avenue are not existing addresses in the borough. The East 98th Street addresses on Block 3594 are all odd addresses, which means that the address of 390 East 98th Street does not exist on this block as an address or an aka to any address on the non-existent Legion Avenue.

If you need additional information, please contact Ms. Kellie O'Brien, of my staff, at (718) 802-3989.

Sincerely,

Alvin S. Goodman, P.E.
Chief Engineer

AG/ko

Exhibit E



500-A Canal View Boulevard, Rochester, NY 14623 P: (888-250-9056 / F: 888-250-9057) www.webtitle.us

WebTitle File No.:  WTA-15-016984

# PROPERTY REPORT

**Effective Date:** May 5, 2015

**Hilda Hutchinson**

**RE:** 375 East 98th Street a/k/a 386 Legion Street f/k/a 384 Legion Street Brooklyn NY 11212

**County: Kings**

**Tax Map/Parcel ID No.:** Block: 3594 Lot: 6

**WEB TITLE AGENCY** hereby certifies to Hilda Hutchinson, that it has searched the public indexes of the Kings County Clerk's/Registry/Land Records for the above referenced name and premises.

That a search has been made against the premises described in Schedule "A" to the date hereof, and title to said premises is vested of record in Ray R. Simon

## WHO ACQUIRED TITLE BY VIRTUE OF:

| | |
|---|---|
| Deed Type: | Bargain & Sale |
| Grantor: | NHS Community Development Corp. |
| Grantee: | Ray R. Simon |
| Dated: | 4/18/02                    Recorded:      5/17/02 |
| Reel/Page: | 5625/2115 |
| Notes: | Conveys only our premises |
| Notes: | Grantee assumes mortgage at Reel/Page: 5172/59 with an unpaid principal balance of $156,729.00 |

THIS PROPERTY REPORT IS NOT A TITLE COMMITMENT, OPINION OF TITLE, AN ABSTRACT OR TITLE INSURANCE POLICY. THE INFORMATION PROVIDED HEREIN IS FOR INFORMATIONAL PURPOSES ONLY. THE LIMIT OF LIABILITY OF THE COMPANY FOR ANY MISSED INFORMATION IS THE COST OF THE REPORT.



500-A Canal View Boulevard, Rochester, NY 14623 P: (888-250-9056 / F: 888-250-9057) www.webtitle.us

**WebTitle File No.: WTA-15-016984**

## THE FOLLOWING MORTGAGE(S) WERE FOUND OF RECORD:

### MORTGAGE: (1)

| | |
|---|---|
| Mortgagor: | NHS Community Development Corp. |
| Mortgagee: | BNY Mortgage Company LLC |
| Amount: | $160,050.00 |
| Date: | 4/27/01           Recorded: 5/31/01 |
| Reel/Page: | 5172/59 |
| Notes: | Liability assumed by Ray R. Simon via deed in Reel/Page: 5625/2115 |

### ASSIGNMENT OF MORTGAGE: (1)

| | |
|---|---|
| Assignor: | BNY Mortgage Company LLC |
| Assignee: | MERS, Inc. |
| Dated: | 4/27/01 |
| Recorded: | 5/31/01 |
| Reel/Page: | 5172/74 |
| Notes: | Assigns mortgage at Reel/Page: 5172/59 |

THIS PROPERTY REPORT IS NOT A TITLE COMMITMENT, OPINION OF TITLE, AN ABSTRACT OR TITLE INSURANCE POLICY. THE INFORMATION PROVIDED HEREIN IS FOR INFORMATIONAL PURPOSES ONLY. THE LIMIT OF LIABILITY OF THE COMPANY FOR ANY MISSED INFORMATION IS THE COST OF THE REPORT.



500-A Canal View Boulevard, Rochester, NY 14623 P: (888-250-9056 / F: 888-250-9057) www.webtitle.us

**WebTitle File No.:** **WTA-15-016984**

## PRIOR CHAIN OF TITLE INFORMATION

**Prior Deed:**

**Deed Type:**  Program: Storeworks – Small Buildings Program, Project: Brooklyn-2B

**Grantor:**  The City of New York, acting by and through its Department of Housing and Preservation Development

**Grantee:**  NHS Community Development Corp.

**Dated:**  4/27/01                    **Recorded:**  5/30/01

**Reel/Page:**  5169/1707

**Notes:**  Conveys our premises and more

**Notes:**  Land Disposition Agreement recorded simultaneously in Reel/Page: 5169/1637

THIS PROPERTY REPORT IS NOT A TITLE COMMITMENT, OPINION OF TITLE, AN ABSTRACT OR TITLE INSURANCE POLICY. THE INFORMATION PROVIDED HEREIN IS FOR INFORMATIONAL PURPOSES ONLY. THE LIMIT OF LIABILITY OF THE COMPANY FOR ANY MISSED INFORMATION IS THE COST OF THE REPORT.



500-A Canal View Boulevard, Rochester, NY 14623 P: (888-250-9056 / F: 888-250-9057) www.webtit.us

**WebTitle File No.:  WTA-15-016984**

# LEGAL DESCRIPTION

## Section 12 Block 3594 Lot 6

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the Westerly side of Legion Street distant 229 feet 0 inches Southerly from the corner formed by the intersection of the Westerly side of Legion Street with the Southerly side of Riverdale Avenue;

RUNNING THENCE Westerly parallel with the Southerly side of Riverdale Avenue and part of the distance through a party wall 68 feet 6 inches to the Northeasterly side of East 98th Street;

THENCE Southeasterly along the Northeasterly side of East 98th Street 21 feet 9-3/4 inches;

THENCE Easterly again parallel with the Southerly side of Riverdale Avenue and part of the distance through another party wall 57 feet 10-1/4 inches to the Westerly side of Legion Street;

THENCE Northerly along the Westerly side of Legion Street 19 feet 0 inches to the point or place of BEGINNING.

THIS PROPERTY REPORT IS NOT A TITLE COMMITMENT, OPINION OF TITLE, AN ABSTRACT OR TITLE INSURANCE POLICY. THE INFORMATION PROVIDED HEREIN IS FOR INFORMATIONAL PURPOSES ONLY. THE LIMIT OF LIABILITY OF THE COMPANY FOR ANY MISSED INFORMATION IS THE COST OF THE REPORT.