UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hilda Hutchinson,

    Plaintiff

-against-

NewRez LLC d/b/a Shellpoint Mortgage Servicing,

    Defendant

----------------------------------------------------------------X

Case No. 1:25-cv-06166-OEM-VMS



# UNILATERAL PROPOSED CASE MANAGEMENT PLAN

Plaintiff Hilda Hutchinson, appearing pro se, respectfully submits this unilateral Proposed Case Management Plan pursuant to the Court's November 26, 2025 Scheduling Order.

Despite good-faith efforts to confer (emails dated January 28, February 2, and February 16, 2026), the parties were unable to submit a joint plan. Copies of those communications are attached as Exhibits A–C.

**A. Jurisdiction**

This action arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.

The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367.

## B. Parties

Plaintiff:

Hilda Hutchinson (pro se)

Defendant:

NewRez LLC d/b/a Shellpoint Mortgage Servicing

## C. Claims and Defenses

Plaintiff alleges violations of the FDCPA, including:

- False or misleading representations in connection with debt collection;

- Collection of a debt without proper verification following dispute;

- Continuing collection activity despite notice of dispute and prior legal determinations.

Defendant has denied liability and has indicated it may challenge the legal effect of prior state court proceedings.

## D. Discovery Plan (Fed. R. Civ. P. 26(b)(1))

Plaintiff seeks discovery proportional to the needs of the case, including:

### 1. Debt Verification

- All validation notices under 15 U.S.C. § 1692g

- Internal account audits and verification records

- Policies and procedures for verifying disputed debts

## 2. Complete Loan History (377 East 98th Street, Brooklyn, NY)

- Servicing screenshots and transaction logs

- Payment allocation and reallocation records

- Suspense or unapplied funds accounts

## 3. Assignment and Ownership Chain

- All recorded and unrecorded assignments

- Bills of sale and loan schedules

- Any corrective assignments or amendments

## 4. Servicing Transfers

- Boarding records

- "Hello/Goodbye" transfer letters

- Records identifying when Defendant began servicing the loan

## 5. Loan Documents

- All versions (including unredacted copies) of the Note and Mortgage

- Records reflecting property identifiers or discrepancies

- MIN or internal account number histories

## 6. Knowledge of Prior Legal Events

- Records reflecting awareness of:

    ○ 2018 quiet title judgment

    ○ 2021 bankruptcy discharge

    ○ Regulatory complaints concerning account misapplication

## E. Proposed Schedule

- Rule 26(a)(1) Initial Disclosures: 14 days after CMP approval

- Fact Discovery Close: May 25, 2026

- Deadline to Amend Pleadings / Join Parties: May 25, 2026

- Expert Discovery: None anticipated

- Dispositive Motions: June 30, 2026

Plaintiff respectfully notifies the Court that I will be unavailable during the month of April 2026 and requests that the Court avoid scheduling conferences, or other deadlines requiring her participation during that time.

### F. E-Discovery

Limited ESI is anticipated, consisting primarily of servicing databases, transaction histories, and internal account records. No special e-discovery protocol is requested at this time.

### G. Settlement

Plaintiff is open to settlement discussions following initial document production. Submission of this CMP does not constitute an admission of liability or debt.

### H. Conferral Certification

Plaintiff attempted to confer via email on January 28, February 2, and February 16, 2026.

Defense counsel responded on February 6, 2026 stating the CMP was under review, and on February 17, 2026 indicating a response would be provided. No joint submission was received.

Copies of correspondence are attached as Exhibits A–C.

## I. Pro Se Status

Plaintiff proceeds pro se. No confidentiality order is requested at this time.

Dated: February 19, 2026

*[signature]*

Hilda Hutchinson

377 East 98th Street

Brooklyn, NY 11212

646-884-1909

# Exhibit A-C



D H <destinye98@gmail.com>

# Follow-Up re Joint CMP – Hutchinson v. NewRez, 1:25-cv-06166-OEM-VMS
4 messages

**D H** <destinye98@gmail.com>  
To: smonahan@friedmanvartolo.com
Mon, Feb 2, 2026 at 6:58 AM

Dear Mr. Monahan,

I am following up on my January 28, 2026 email regarding the Joint Proposed Case Management Plan required by Chief Magistrate Judge Scanlon's November 26, 2025 Scheduling Order.

As a reminder, the Joint CMP is due on February 23, 2026. I proposed a standard 90-day fact discovery period (closing May 25, 2026) with summary judgment motions due June 30, 2026, and identified the key discovery topics I anticipate.

Please let me know by February 6, 2026 whether you agree with these proposed dates and, if not, your specific alternative dates and positions so that I can accurately reflect them in the Joint CMP.

If I do not receive a response by that date, I will proceed to file a Proposed Case Management Plan reflecting my positions and will note that Defendant did not participate despite my attempts to confer.

Thank you for your attention.

Sincerely,

Hilda Hutchinson  
Pro Se Plaintiff  
377 E. 98th Street  
Brooklyn, NY 11212

646-884-1909

---

**Sean Monahan** <smonahan@friedmanvartolo.com>  
To: D H <destinye98@gmail.com>
Fri, Feb 6, 2026 at 5:39 PM

I am reviewing and will get back to you with our proposed dates.

**Sean K. Monahan, Esq. | Litigation Attorney**  
**Licensed in New York, New Jersey, Connecticut**



*Firm Mailing Address:*  
1325 Franklin Avenue, Suite 160, Garden City, NY 11530  
Phone: (212) 471-5100 Ext. 2018 | Fax: (212) 471-5150

 **Gmail**

D H <destinye98@gmail.com>

# Follow-Up re Joint CMP – Hutchinson v. NewRez, 1:25-cv-06166-OEM-VMS

**D H** <destinye98@gmail.com>  Mon, Feb 16, 2026 at 4:45 PM
To: Sean Monahan <smonahan@friedmanvartolo.com>

FINAL REQUEST - Joint CMP Due Feb 23 - 1:25-cv-06166-OEM-VMS

Dear Mr. Monahan,

Your February 6 email stated you were "reviewing and will get back to [me] with our proposed dates." That was **7 days ago**.

The Joint Proposed Case Management Plan is due **February 23, 2026** per Chief Magistrate Judge Scanlon's order.

Please provide your specific positions on:

1. Fact discovery deadline
2. Dispositive motion deadline
3. Number of depositions per side
4. Any objections to Plaintiff's proposed discovery scope (payment history, assignments, servicing transfers)

**I must file by February 20.** Without your input by **COB tomorrow (Feb 18)**, I will file a unilateral CMP noting that Defendant failed to confer despite three attempts (Jan 28, Feb 2, and this email).

Thank you,

Hilda Hutchinson
Pro Se Plaintiff
377 E. 98th Street
Brooklyn, NY 11212
646-884-1909