February 20, 2026

Hon. Orelia Merchant ~~Hon. Orelia Merchant~~

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 20 2026 ★
BROOKLYN OFFICE

Re: Hutchinson v. NewRez LLC d/b/a Shellpoint

1:25-cv-06166-OEM-VMS

Civil Case Management Plan

Dear Judge Merchant ~~Merchant~~:

Plaintiff, pro se, respectfully submits her Civil Case Management Plan in response to Defendant's proposed plan.

Key Points:

- RFAs served February 19, 2026 responses due March 21, 2026 (FRCP 36)
- 90-day discovery closes May 15, 2026

- Kings County motion irrelevant to documented FDCPA violations Plaintiff requests adoption of her expedited schedule for efficient resolution.

Respectfully submitted,

_____   2/29/26

Hilda Hutchinson, Pro Se

377 East 98th Street

Brooklyn, NY 11212