FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 20 2026 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---

Hilda Hutchinson,

    Plaintiff

    -against-

NewRez LLC d/b/a Shellpoint Mortgage Servicing,

    Defendant

-----------------------------------------------------------------------X

Case No. 1:25-cv-06166-OEM-VMS

# PLAINTIFF'S CIVIL CASE MANAGEMENT PLAN

**Plaintiff Hilda Hutchinson, pro se, submits this Civil Case Management Plan** to establish an expedited discovery and litigation schedule, in response to Defendant's proposed plan and in accordance with Fed. R. Civ. P. 26(f).

## A. ADR Referral

- No referral requested.

## B. Magistrate Judge Consent

- No consent to proceed before a Magistrate Judge.

## C. Settlement

- Plaintiff will serve settlement demand **March 23, 2026**

### D. Initial Disclosures

- **Served March 17, 2026**

### E. Requests for Admission (RFAs)

- **Served February 19, 2026**

- Defendant's responses are due **March 21, 2026** per **FRCP 36**

### F. Fact Discovery

- Fact discovery to **close May 15, 2026** (≈3 months from now)

- Ensures discovery is focused, efficient, and not delayed by state court proceedings

### G. Dispositive Motions

- Dispositive motions, including summary judgment, due **June 15, 2026**

### H. Note Regarding State Court Motion

- The pending **Kings County Supreme Court motion to vacate a prior judgment** is **irrelevant to Plaintiff's FDCPA claims**.

- Plaintiff's claims are based on documented misapplied accounts, communications, and collection activity, independent of state court proceedings.

**Dated:** February 20, 2026

**Respectfully submitted,**

_____

**Hilda Hutchinson, Pro Se**

377 East 98th Street, Brooklyn, NY 11212

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---

Hilda Hutchinson,

    Plaintiff

    -against-

NewRez LLC d/b/a Shellpoint Mortgage Servicing,

    Defendant

-----------------------------------------------------------------------X

Case No. 1:25-cv-06166-OEM-VMS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2026, I served true and correct copies

of the following documents upon all parties:

1. Plaintiff's Civil Case Management Plan
2. Letter to Hon. Oscar E. Muskett

BY U.S. MAIL, POSTAGE PREPAID to:

Sean K. Monahan, Esq.

Friedman Vartolo, LLP

85 Broad Street, Suite 501

New York, New York 10004

AND DELIVERED to the Clerk of Court:

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

AND 1. EMAIL (written consent via case correspondence):

Sean K. Monahan, Esq.

smonahan@friedmanvartolo.com

On this same date, I filed the original documents with the Clerk via PAPER FILING

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2026

_____
Hilda Hutchinson, Pro Se
377 East 98th Street
Brooklyn, NY 11212

Servicios