**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**



---

**HILDA HUTCHINSON,**

Case No. 1:25-cv-06166-OEM-VMS

       Plaintiff,

  v.

**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,**

      Defendant.

RECEIVED
MAR 20 2026
PRO SE OFFICE

---

Your Honor,

Plaintiff writes to provide the status update on settlement discussions as directed.

On March 10, 2026, Plaintiff emailed defense counsel Sean Monahan (smonahan@friedmanvartolo.com) asking whether Defendant wished to discuss settlement. [Attach email as Exhibit A].

Defense counsel has not responded as of March 19, 2026. Plaintiff remains open to settlement discussions but has received no indication of Defendant's position.

REC'D IN PRO SE OFFICE
MAR 20 '26 PM 12:25

Plaintiff respectfully requests the Court set a deadline for Defendant to confirm its settlement position or proceed to discovery/scheduling.

March 20, 2026

Respectfully submitted,

Hilda Hutchinson, Pro Se

377 East 98th Street, Brooklyn, NY 11212

Dated: March 19, 2026

Exhibit A

 Gmail

# Case 1:25-cv-06166-OEM-VMS Settlement Discussion – Status Update for Court

1 message

**D H** <destinye98@gmail.com>                                          Tue, Mar 10, 2026 at 5:53 AM
To: Sean Monahan <smonahan@friedmanvartolo.com>

Dear Counsel,

Pursuant to the Court's directive to provide a status update on settlement discussions by March 23, 2026, I am writing to ask whether Defendant is willing to discuss possible settlement in this matter.

Please let me know if you are open to discussing settlement by email or another method.

Thank you.

Hilda Hutchinson

Plaintiff Pro Se