UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

HILDA HUTCHINSON,

              Plaintiff,

    v.

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,

              Defendant.

Case No. 1:25-cv-06166-OEM-VMS

---



# PLAINTIFF'S INITIAL DISCLOSURES

## (Pursuant to Federal Rule of Civil Procedure 26(a)(1)

**Plaintiff:** Hilda Hutchinson, proceeding pro se

**Address:** 377 East 98th Street, Brooklyn, NY 11212

**Tel:** 646-884-1909

Plaintiff provides the following initial disclosures based on information currently

known. Plaintiff reserves the right to supplement these disclosures as discovery

proceeds.

REC'D IN PRO SE OFFICE
MAR 20 '26 PM 12:25

## 1. Individuals Likely to Have Discoverable Information

The following individuals may have discoverable information regarding the origination, servicing, collection activity, and representations concerning the alleged mortgage debt:

1. **Hilda Hutchinson**

   377 East 98th Street, Brooklyn, NY 11212

   **Knowledge:** All events described in the Complaint.

2. **Corporate Representative(s), NewRez LLC d/b/a Shellpoint Mortgage Servicing**

   75 Beattie Place, Suite LL202, Greenville, SC 29601

   Tel: 1-800-365-7107

   **Knowledge:** Servicing records, collection communications, Form 1099-C issuance, account history.

3. **Julie McCombs, Assistant Secretary, EverBank & Mortgage Electronic Registration Systems, Inc. (MERS)**

   1818 Library Street, Suite 300, Reston, VA 20190

   **Knowledge:** Endorsements, allonges, and assignments recorded against 377 E 98th Street (Block 3594, Lot 5).

4. **Angie [Last name unknown],** employee of EverBank/TIAA Bank (address as last known), likely has knowledge of endorsements/allonges for the alleged loan. 301 S. College Street, Charlotte, NC 28202

   **Knowledge:** Note endorsements and chain of title.

5. **Dionne C. [Last name unknown], Ditech Financial LLC**

   3600 S. Yosemite Street, Denver, CO 80237

   **Knowledge:** 2018 communications and servicing transfers.

6. **Phillip V. [Last name unknown], Green Tree Servicing LLC**

   7360 S. Kyrene Road, Tempe, AZ 85283

   **Knowledge:** May 1, 2015 zero-balance correspondence (Account 0002031565).

7. **Additional Shellpoint/prior-servicer employees** with direct involvement in servicing Plaintiff's purported account may also possess relevant information.

## 2. Documents and Electronically Stored Information

Without waiving any objections and based on information currently known, publicly available through Kings County Clerk" or similar. Plaintiff may use the following categories of documents;

- Green Tree Servicing May 1, 2015 letter showing **$0.00 balance** (Account 0002031565) [Plaintiff's possession]

- **Green Tree's April 9, 2015 correspondence confirming payment approximately $199,000 in payments.**

- **BNY** Corrective Assignment of Mortgage declaring recorded 2/25/2016 MIN # 1000496-3750662001-2 PAID, DISCHARGED, and NOT

FURTHER ASSIGNED with NYC Register cover page identifying 377 E 98th St Brooklyn NY 11212 Block 3594 Lot 5

- The **November 8, 2017 order** denying EverBank's motion to vacate the TRO and denying their request to take corrective action regarding mortgage recordings.

- NYC Topographical Bureau Letter June 25, 2015 confirming Block 3594 Lot 5 was never assigned the address 384 Legion Ave.

- HUD/FHA Records Lot 5, foia responses confirming that the FHA case number 374-3468490-702 does not appear in HUD records.

- Green Tree Servicing Email April 30,, 2015 to New York State Department of Financial Services acknowledging separate properties 377 E 98th St Block 3594 Lot 5 and 386 Legion ave Block 3594 Lot 6

- Kings County Supreme Court Quiet Title Judgment (7/31/2018) [Public record; Index No. 505953/2018]

- Shellpoint IRS **Form 1099-C**, May 2, 2025 [Plaintiff's possession]

- Shellpoint mortgage statements and collection notices (2020–present) [Plaintiff's possession]

- **July 2, 2025 servicing letter from Shellpoint** indicating the loan was associated with the Legion Avenue Lot 6 property rather than my property

- BNY Mortgage **note (4/27/2001), mortgage, allonges, assignments** [Plaintiff's possession; NYSCEF 2132]

- NYDFS complaint correspondence and Shellpoint response (7/2/2025) [Plaintiff's possession; NYSCEF 2132]

- NYDFS complaint correspondence and Green Tree Servicing response 4/30/2015

These materials are available for inspection at:

**377 East 98th Street, Brooklyn, NY 11212**

## 3. Computation of Damages

- **Statutory damages:** $1,000 (15 U.S.C. § 1692k(a)(2)(A), subject to the Court's determination

- **Emotional distress:** $50,000 (anxiety, fear of home loss, sleeplessness from 5-year collection pattern)

- **Economic damages:** approximately $58,477.62 related to the Form 1099-C tax liability and resulting financial consequences (subject to clarification through discovery and tax records)

- **Costs/attorney fees:** To be determined

**Total estimated damages:** approximately **\$109,477.62**, subject to proof and revision as discovery proceeds.

## 4. Insurance Agreements

- None.

Plaintiff reserves the right to **supplement or amend** these disclosures pursuant to **Fed. R. Civ. P. 26(e)** if additional information becomes available."

**Dated:** March 20, 2026

**Respectfully submitted,**

Hilda Hutchinson, Pro Se

377 East 98th Street, Brooklyn, NY 11212

646-884-1909