# FRIEDMAN ⋁ VARTOLO

*A Limited Liability Partnership formed in the State of New York*

1325 Franklin Avenue, Suite 160, Garden City, NY 11530
T: (212) 471-5100 | F: (212) 471-5150
www.friedmanvartolo.com

June 9, 2026

***Via ECF:***
Hon. Vera M. Scanlon
United States District Court, Eastern District of New York

    **RE:**    **Request for Extension of Time to Respond to Discovery Demands**
    **Case:**  *Hilda Hutchinson v. NewRez LLC d/b/a Shellpoint Mortgage Servicing*
    **Case No.:** 1:25-cv-06166-OEM-VMS

Your Honor:

This firm represents the Defendant in the above referenced action. We are writing to request a second extension of time from June 9, 2026, to July 7, 2026 to respond to Plaintiff's demand for documents and interrogatories. This is our second request for an extension.

The loan at issue originated on April 27, 2001, and Plaintiff has demanded documents for the entire 25-year history of the loan. Due to the extensive length of time that the demands cover, a time period that includes multiple servicing transfers, it has taken a significant amount of time to review for responsive documents. Yesterday, our client provided us with over 500 pages of additional potentially responsive documents from prior servicers that we are currently reviewing. We have also been advised that the search for responsive documents is still ongoing. To ensure that our initial responses are as complete as possible, and to avoid burdening Plaintiff with multiple partial responses, we are requesting a further extension of time to respond.

We have not reached out to Plaintiff for her consent as she has previously advised us that she will not consent to any extension.

Accordingly, we are requesting the Court grant an extension of time to July 7, 2026, for Defendant to respond to Plaintiff's demand for documents and interrogatories.

Respectfully,

**FRIEDMAN VARTOLO, LLP**

/s/ Sean Monahan
By: Sean Monahan, Esq.
*Attorneys for Plaintiff*

Cc:    Hilda Hutchinson
        377 E 98th St.
        Brooklyn, NY 11212

| **NEW YORK CITY** | **PENNSYLVANIA** | **NEW JERSEY** | **CONNECTICUT** | **MARYLAND** | **MASSACHUSETTS** | **FLORIDA** |
|---|---|---|---|---|---|---|
| 85 Broad Street | 1628 JFK Boulevard | 10000 Lincoln Drive East | 281 Tressler Boulevard | 400 East Pratt Street | 1 Lincoln Street | 2202 N West Shore Blvd |
| Suite 501 | Suite 300 | Marlton, NJ 08053 | Suite 1501 | 8th Floor | Suite 2900 | Suite 200 |
| New York, NY 10004 | Philadelphia, PA 19103 | | Stamford, CT 06901 | Baltimore, MD 21202 | Boston, MA 02111 | Tampa, FL 33607 |