June 10,, 2026

From: Hilda Hutchinson

377 E. 98th Street

Brooklyn, NY 11212



FILED
CLERK

2026 JUN 10 AM 8:29

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

RECEIVED
JUN 1 0 2026
PRO SE OFFICE

To: Hon. Orelia E. Merchant

United States Magistrate Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Re: Hutchinson v. NewRez LLC d/b/a Shellpoint Mortgage Servicing

Case No. 1:25-cv-06166-OEM-VMS – Opposition to Defendant's Second Request

for Extension of Time to Respond to Discovery

Dear Judge Merchant:

I write as the pro se plaintiff in the above referenced matter to respectfully oppose

Defendant's June 9, 2026 request for a second extension of time, from June 9, 2026

to July 7, 2026, to respond to my document demands and interrogatories.

REC'D IN PRO SE OFFICE
JUN 10 '26 AM10:02

By Order dated May 14, 2026, the Court granted in part Defendant's prior request for an extension and directed that Defendant's deadline to respond to my discovery requests be extended to June 9, 2026, and that Defendant "must mail overnight the responsive materials to Plaintiff" by that date, after confirming my correct mailing address at 377 E. 98th Street, Brooklyn, NY 11212. The Court's Order also noted that at least one Order mailed to me at that address had been returned as undeliverable, and required Defendant to confirm my address before mailing.

On May 29, 2026, I emailed defense counsel, Sean Monahan, confirming that my mailing address is 377 E. 98th Street, Brooklyn, NY 11212, and I requested that Defendant also serve its discovery responses by email in PDF format to me, in addition to mailing hard copies. I did not receive any objection or response to that request. As of the end of June 9, 2026, I have not received any discovery responses by overnight mail, regular mail, or email.

Defendant has now waited until the very day of the Court-ordered deadline to seek a second extension, without having served any responses. I respectfully submit that:

1. Defendant has already had a significant amount of time to collect and review documents, including under the prior extension granted by the Court.

2. Defendant could have served partial responses and supplemented later, but chose instead to serve nothing by the deadline.

3. I am a pro se homeowner, and further delay in receiving discovery prejudices my ability to prepare for mediation (which must be completed by July 14, 2026) and for the June 18, 2026 status conference.

4. I expressly confirmed my address and requested email service to avoid mail problems, but Defendant did not send me anything by June 9.

For these reasons, I respectfully ask the Court to deny Defendant's second request for an extension, direct Defendant to provide its discovery responses immediately (including by email), and address Defendant's failure to comply with the May 14, 2026 Order as the Court deems appropriate.

Thank you for your attention to this matter.

Respectfully submitted,

Hilda Hutchinson

Pro Se Plaintiff

377 E. 98th Street

Brooklyn, NY 11212

 Gmail

D H <destinye98@gmail.com>

---

# Correction Mediator Selection – Hutchinson v. NewRez LLC d/b/a Shellpoint, 1:25-cv-06166-OEM-VMS

---

**D H <destinye98@gmail.com>**                                    Fri, May 29, 2026 at 4:27 PM
To: Sean Monahan <smonahan@friedmanvartolo.com>

Dear Mr. Monahan,

Thank you for confirming that you have no objection to either of my mediator selections (Ms. Jennifer Cook or Ms. Linda Gerstel).

**Mailing Address Confirmation:**

To ensure timely receipt and avoid any further delivery complications, I respectfully request that you also serve your discovery responses via email to this address: destinye98@gmail.com in PDF format, in addition to mailing hard copies to the address below.

Please use the following mailing address for service of your discovery responses:

377 E. 98th Street
Brooklyn, NY 11212

This dual method of service will ensure compliance with the Court's May 14, 2026 directive while preventing any potential delays in the discovery process.

Please confirm receipt of this email and your ability to accommodate email service of the discovery responses.

Respectfully,

Hilda Hutchinson
Pro Se Plaintiff
377 E. 98th Street

[Quoted text hidden]

 Gmail

D H <destinye98@gmail.com>

# Correction Mediator Selection – Hutchinson v. NewRez LLC d/b/a Shellpoint, 1:25-cv-06166-OEM-VMS

**Sean Monahan** <smonahan@friedmanvartolo.com>                Fri, May 29, 2026 at 4:14 PM
To: D H <destinye98@gmail.com>

Ms. Hutchinson,

We have no issue with either of your selections.

Please also confirm your mailing address for us to send you our discovery responses as directed by the Court on 5/14/26 since the Court advised that at least one order sent to you at 377 E.98th Street, Brooklyn, NY 11212 has been returned to the Court as undeliverable.

**Sean K. Monahan, Esq. | Litigation Attorney**
**Licensed in New York, New Jersey, Connecticut**
FRIEDMAN VARTOLO

*Firm Mailing Address:*
1325 Franklin Avenue, Suite 160, Garden City, NY 11530
Phone: (212) 471-5100 Ext. 2018 | Fax: (212) 471-5150

www.friedmanvartolo.com

FDCPA Notice: This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for that purpose. If you prefer not to receive electronic communications regarding debt collection, you have the right to opt out at any time. Please reply to this email with your request to opt out of future electronic communications.

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person (s) named above. If you are not the intended recipient, you are notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e mail and destroy all copies of the original message. IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Friedman Vartolo LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

[Quoted text hidden]

> **Warning** - This message has arrived from outside the organization. Please use caution when reviewing links and do not open any attachments which you do not recognize!

Gmail - Correction Mediator Selection – Hutchinson v. NewRez LLC d/b/a Shellpoint 2:25-cv-06166 OEM-VMS                    Page 7 of 10 PageID #: 6/9/26, 8:40 PM

577

This disclaimer was added by Friedman Vartolo, LLP

FDCPA Notice: This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for that purpose.

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person (s) named above. If you are not the intended recipient, you are notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e mail and destroy all copies of the original message. IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Friedman Vartolo LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. This message was sent from Friedman Vartolo, LLP.

 Gmail

D H <destinye98@gmail.com>

## Hutchinson v. NewRez LLC – Discovery Responses Not Received by June 9 Deadline

**D H** <destinye98@gmail.com>                                      Tue, Jun 9, 2026 at 5:53 PM
To: Sean Monahan <smonahan@friedmanvartolo.com>

Dear Mr. Monahan,

The Court's May 14, 2026 Order extended Defendant's deadline to respond to my document demands and interrogatories to June 9, 2026 and directed Defendant to mail the responsive materials to me by overnight delivery, after confirming my address at 377 E. 98th Street, Brooklyn, NY 11212.

On May 29, 2026, I emailed you confirming that address and requested that you also serve the discovery responses on me by email in PDF format at destinye98@gmail.com, in addition to mailing hard copies. As of the close of mail delivery and email today, June 9, 2026, I have not received any discovery responses by mail or email.

Please immediately provide (1) confirmation that the discovery responses have been served, (2) the date and carrier of any overnight mailing and the tracking number, and (3) PDF copies of all responses and documents by email.

If I do not receive confirmation and the responses promptly, I will have to raise this issue with the Court as a failure to comply with the May 14, 2026 discovery order.

Respectfully,
Hilda Hutchinson
Pro Se Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

Hilda Hutchinson,

          Plaintiff

                                   Case No. 1:25-cv-06166-OEM-VMS

          -against-

NewRez LLC d/b/a Shellpoint Mortgage Servicing,

          Defendants

------------------------------------------------------------------------X

**AFFIRMATION OF SERVICE**

State of New York

County of Kings

I, Hilda Hutchinson, affirm under penalty of perjury:

1. I am over 18 years of age and reside at 377 E. 98th Street, Brooklyn, New York 11212.

2. On June 10th, 2026, I served a true copy of the following document(s):

    ○ Letter Opposing Defendant's Second Request for Extension of Time to Respond to Discovery with Email history

3. I served the document(s) by depositing a true copy, enclosed in a properly addressed, postage-prepaid envelope, in an official depository of the United States Postal Service within the State of New York.

4.  The envelope was addressed to: Sean K. Monahan, Esq.

    Friedman Vartolo, LLP

    1325 Franklin Avenue, Suite 160

    Garden City, NY 11530

5.  I also delivered a copy to: Clerk's Office / Pro Se Intake

    United States District Court

    Eastern District of New York

    225 Cadman Plaza East

    Brooklyn, NY 11201

6.  The mailing was made on June 10th , 2026.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York

June 10th, 2026

Hilda Hutchinson

377 E. 98th Street

Brooklyn, NY 11212